# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George M. Marovich | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 99 C 5148 | **DATE** | 8/29/2001 |
| **CASE TITLE** | Meyer vs. Marmor Auto, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ■ Status hearing held.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]
On 05/14/01, the district judge referred for a report and recommendation defendant Wrzek's motion to vacate the judgment against him and to dismiss for lack of personal jurisdiction (doc. # 39). Thereafter, plaintiff filed a motion to strike the motion to queash (doc. # 43). Today, the parties reported that a settlement has been reached between plaintiff and Mr. Wrzek, which is being documented. The Court therefore denies plaintiff's motion to strike, and respectfully recommends that the motion to vacate and dismiss be denied as moot in light of the settlement. All matters subject to the referral having been concluded, the referral is hereby terminated.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | Document Number |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | AUG 31 2001 date docketed | |
| | Notified counsel by telephone. | COPY TO JUDGE/DOCKETING 01 AUG 31 AM 8: 17 | | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 8/29/2001 date mailed notice | |
| mm | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

## ORDER

Specific written objections to this report and recommendation may be served and filed within 10 business days from the date that this order is served. Fed. R. Civ. P. 72(a). Failure to file objections with the district court within the specified time will result in a waiver of the right to appeal all findings, factual and legal, made by this Court in the report and recommendation. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).